LAWRENCE G. BROWN
Acting United States Attorney
JOHN K. VINCENT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 551-2795

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>          Plaintiff,              )<br>                                   )<br>     v.                            )<br>                                   )<br> YAKOV GHAZARYAN,                   )<br>                                   )<br>          Defendant.              )<br> _____) | 2:00-cr-219 MCE<br><br>MOTION TO DISMISS INDICTMENT<br>AND ARREST WARRANT FILED<br>AGAINST DEFENDANT YAKOV GHAZARYAN<br>AND ORDER |

Plaintiff United States of America, by and through its undersigned counsel, and pursuant to Fed. R. Crim. P. 48, moves to dismiss the indictment and arrest warrant in the above-captioned action filed on April 20, 2000. Since filing the indictment, the government has not been able to locate the defendant and has come to believe that he fled the United States. In the meantime, the government no longer has significant evidence and the potential to secure witness testimony necessary for prosecution. Accordingly, the government is not able to proceed with the prosecution and submits

1  this motion to dismiss the indictment and arrest warrant filed
2  against the defendant.

DATED: June 2, 2009                    LAWRENCE G. BROWN
                                       Acting United States Attorney


                                  By:  /s/ John K. Vincent
                                       JOHN K. VINCENT
                                       Assistant U.S. Attorney




                                 ORDER

    Based on the motion of the government, and GOOD CAUSE APPEARING
THEREFORE, the Court hereby orders that the indictment and arrest
warrant filed against defendant YAKOV GHAZARYAN on April 20, 2000, be
and are hereby dismissed.

    IT IS SO ORDERED.

Dated: June 3, 2009

                                       _____
                                       MORRISON C. ENGLAND, JR.
                                       UNITED STATES DISTRICT JUDGE